IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**KASHIEM LAWSON,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00022-TES-CHW-1** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Kashiem Lawson's Unopposed Motion for Continuance [Doc. 23]. On November 14, 2023, the Government obtained an indictment charging Defendant with Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)(ii) and 18 U.S.C. § 2. [Doc. 1]. Defendant entered a plea of not guilty on November 26, 2024. [Doc. 13].

Defendant seeks a continuance because his counsel needs time to receive and fully evaluate discovery. [Doc. 23, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 23], and this case and its pretrial conference are **CONTINUED** to the Court's April term—beginning on April 21, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 4th day of February, 2025.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**